**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------------X
BARBARA LOUIS,

                Plaintiff,

-against-                                               23 **CIVIL** 6470 (LTS)

### JUDGMENT

VICTOR NIEDERHOFFER

                Defendant.
-------------------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Order dated December 19, 2023, Defendant's Motion to Dismiss the Complaint is granted. Judgment is entered dismissing the complaint; accordingly, the case is closed.

**Dated:**  New York, New York

      December 19, 2023

                                                    **RUBY J. KRAJICK**
                                                    _____
                                                        **Clerk of Court**

                                **BY:**       *K. Mango*

                                                        _____
                                                        **Deputy Clerk**